IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re: TODD LATIN,

    Debtor.                                  No. MISC S-08-0050 GEB DAD PS

_____/

TODD LATIN,

    Appellant,

  vs.

BOARD OF EQUALIZATION,                    ORDER

    Appellee.

_____/

    Debtor/appellant is proceeding pro se with an appeal from a bankruptcy court order and has requested a waiver of filing and docketing fees in the appeal. By order filed April 18, 2008, the United States Bankruptcy Appellate Panel of the Ninth Circuit transferred the fee waiver request to the United States District Court for the Eastern District of California for the limited purpose of granting or denying the request. The request has been referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

    The undersigned finds that debtor/appellant's in forma pauperis request has been submitted on an application form that makes the showing required by 28 U.S.C. § 1915(a)(1).

1

Accordingly, IT IS ORDERED that:

1. Debtor/appellant's request to proceed in forma pauperis in the appeal filed March 21, 2008, BAP No. EC-08-1081, is granted;

2. The Clerk of the Court is directed to serve a courtesy copy of this order on the United States Bankruptcy Appellate Panel of the Ninth Circuit, 125 South Grand Avenue, Pasadena, California 91105; and

3. The Clerk of the Court shall close this case now that the request transferred to this court has been ruled upon.

DATED: April 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\latin0050.bapreferral.ifpgr